IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JONATHAN EVANS**                                                                                       **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO.: 1:15-cv-00419-LG-RHW**

**FOOD GIANT SUPERMARKETS, INC
D/B/A PIGGLY WIGGLY**                                                                              **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT, FOOD GIANT SUPERMARKETS, INC.**

Defendant, Food Giant Supermarkets, Inc., files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Uniform District Court Rule 7(c), and states that it is a wholly owned subsidiary of Houchens Industries, Inc. (an ESOP Company) and its ownership is private with no publicly traded company holding 10% or more of the stock of Food Giant Supermarkets, Inc.

**Respectfully submitted**, this the 18th day of December, 2015.

                                                         **FOOD GIANT SUPERMARKETS, INC**.
                                                         *Defendant*

                                                         /s/ L. Grant Bennett, Sr.
                                                      L. GRANT BENNETT, SR.
                                                         *Attorney for Defendant*

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS  39404-8229
Telephone:  (601) 255-1377
Facsimile:   (601) 500-5773
Email: grant@grantbennettlaw.com

## CERTIFICATE OF SERVICE

I, L. Grant Bennett, Sr. do hereby certify that I have this date electronically filed the foregoing *Corporate Disclosure Statement of Defendant, Food Giant Supermarkets, Inc.* with the Clerk of the Court using the ECF system, which sent notification of such filing to registered users.

>D. Scott Gibson, Esq.
>Attorney At Law
>Post Office Box 1270
>Wiggins, MS  39577
>Telephone:  (601) 528-6028
>Facsimile:   (601) 528-6030
>Email:  scott@dscottgibsonlaw.com
>*Attorney for Plaintiff*

**THIS** the 18th day of December, 2015.

>/s/ L. Grant Bennett, Sr.
>L. GRANT BENNETT, SR.