**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JONATHAN EVANS**                                                                               **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.: 1:15-cv-00419-LG-RHW**

**FOOD GIANT SUPERMARKETS, INC
D/B/A PIGGLY WIGGLY**                                                                **DEFENDANTS**

_____

**NOTICE OF SERVICE OF PLAINTIFF'S
DISCOVERY REQUESTS ON THE DEFENDANT**
_____

**TO:**

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS 39404-8229
Telephone: (601) 255-1377
Facsimile: (601) 500-5773
Email: grant@grantbennettlaw.com
*Attorney for Defendant*

NOTICE is hereby given that D. Scott Gibson, heretofore served, on March 30, 2016 in the above entitled action the following:

*Plaintiff's First Set of Interrogatories Propounded to the Defendant and Plaintiff's First Set of Requests for Production Propounded to the Defendant.*

Notice is further given that the undersigned will retain, as custodian, the originals of the aforementioned documents.

Respectfully submitted, this the 8th day of April, 2016.

                                    JONATHAN EVANS, PLAINTIFF

                                    /s/ D. Scott Gibson
                                    D. Scott Gibson, Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, D. Scott Gibson do hereby certify that I have this date electronically filed the foregoing *Notice of Service of Discovery* with the Clerk of the Court using the ECF system, which sent notification of such filing to registered users.

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS 39404-8229
Telephone: (601) 255-1377
Facsimile: (601) 500-5773
Email: grant@grantbennettlaw.com

**THIS** the 8th day of April, 2016.

*/s/ D. Scott Gibson*
D. Scott Gibson, Attorney for the Plaintiff

D. SCOTT GIBSON
ATTORNEY AT LAW
MS BAR NO. 8460
P.O. BOX 1270
WIGGINS, MS 39577
TELEPHONE: (601)528-6028
FACSIMILE: (601)528-6030
scott@dscottgibsonlaw.com