IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JONATHAN EVANS**                                                 **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO.: 1:15-cv-00419-LG-RHW**

**FOOD GIANT SUPERMARKETS, INC
D/B/A PIGGLY WIGGLY**                                    **DEFENDANTS**

---

**NOTICE OF SERVICE OF PLAINTIFF'S
INITIAL DISCLOSURES**

---

**TO:**

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS 39404-8229
Telephone: (601) 255-1377
Facsimile: (601) 500-5773
Email: grant@grantbennettlaw.com
*Attorney for Defendant*

      NOTICE is hereby given that D. Scott Gibson, has this date heretofore served in the above entitled action the following:

      ***Plaintiff's Initial Disclosures.***

      Notice is further given that the undersigned will retain, as custodian, the originals of the aforementioned documents.

      Respectfully submitted, this the 8th day of April, 2016.

                                             JONATHAN EVANS, PLAINTIFF

                                             /s/ D. Scott Gibson
                                             D. Scott Gibson, Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, D. Scott Gibson do hereby certify that I have this date electronically filed the foregoing *Notice of Service of Defendant's Initial Disclosures* with the Clerk of the Court using the ECF system, which sent notification of such filing to registered users.

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS 39404-8229
Telephone: (601) 255-1377
Facsimile: (601) 500-5773
Email: grant@grantbennettlaw.com

**THIS** the 8th day of April, 2016.

/s/ D. Scott Gibson
D. Scott Gibson, Attorney for the Plaintiff

D. SCOTT GIBSON
ATTORNEY AT LAW
MS BAR NO. 8460
P.O. BOX 1270
WIGGINS, MS 39577
TELEPHONE: (601)528-6028
FACSIMILE:  (601)528-6030
scott@dscottgibsonlaw.com