# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JONATHAN EVANS**                                                                                      **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO.: 1:15-cv-00419-LG-RHW**

**FOOD GIANT SUPERMARKETS, INC.**
**D/B/A PIGGLY WIGGLY**                                                                              **DEFENDANTS**

___

## NOTICE OF SERVICE OF PLAINTIFF'S
## RESPONSES TO DEFENDANT'S COMBINED DISCOVERY
___

**TO:**

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS 39404-8229
Telephone: (601) 255-1377
Facsimile: (601) 500-5773
Email: grant@grantbennettlaw.com
*Attorney for Defendant*

NOTICE is hereby given that D. Scott Gibson, heretofore served, on June 13, 2016 in the above entitled action the following:

***Plaintiff's Responses to Defendant's Request for Production of Documents;*** *and,*

***Plaintiff's Answers to Defendant's Interrogatories.***

Notice is further given that the undersigned will retain, as custodian, the originals of the aforementioned documents.

Respectfully submitted, this the 13th day of June, 2016.

                                                JONATHAN EVANS, PLAINTIFF

                                                /s/ D. Scott Gibson_____
                                                D. Scott Gibson, Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, D. Scott Gibson do hereby certify that I have this date electronically filed the foregoing *Notice of Service of Responses to Discovery* with the Clerk of the Court using the ECF system, which sent notification of such filing to registered users.

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS 39404-8229
Telephone: (601) 255-1377
Facsimile: (601) 500-5773
Email: grant@grantbennettlaw.com

**THIS** the 13th day of June, 2016.

　　　　　　　　　　　　　　　　　　　*/s/ D. Scott Gibson*
　　　　　　　　　　　　　　　　　　　D. Scott Gibson, Attorney for the Plaintiff

D. SCOTT GIBSON
ATTORNEY AT LAW
MS BAR NO. 8460
P.O. BOX 1270
WIGGINS, MS 39577
TELEPHONE: (601)528-6028
FACSIMILE:  (601)528-6030
scott@dscottgibsonlaw.com