IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JONATHAN EVANS**                                                                                     **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO.: 1:15-cv-00419-LG-RHW**

**FOOD GIANT SUPERMARKETS, INC**
**D/B/A PIGGLY WIGGLY**                                                                        **DEFENDANT**

___

**NOTICE TO TAKE DEPOSITION**
___

**PLEASE TAKE NOTICE** that the Defendant will take the deposition of the Plaintiff, Jonathan Evans, on Wednesday, December 14, 2016, beginning at 9:30 a.m. C.S.T. at the Stone County, Mississippi Courthouse, located at 323 Cavers Avenue, Wiggins, Mississippi.

This deposition will be taken pursuant to the Federal Rules of Civil Procedure before a person authorized to administer oaths and continuing from day to day until completed.

You are invited to appear and take part as you deem proper.

**RESPECTFULLY SUBMITTED**, this the 30th day of November, 2016.

                                                   **FOOD GIANT SUPERMARKETS, INC.**
                                                 *Defendant*

                                                 /s/ L. Grant Bennett, Sr.
                                               **L. GRANT BENNETT, SR.**
                                                 *Attorney for Defendant*

L. GRANT BENNETT, SR., MSB #100556
Law Office of L. Grant Bennett, Sr. PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18229
Hattiesburg, MS  39404-8229
Telephone:  (601) 255-1377
Facsimile:   (601) 500-5773
Email:  grant@grantbennettlaw.com

## **CERTIFICATE OF SERVICE**

I, L. Grant Bennett, Sr., do hereby certify that I have this date served a true and correct copy of *Notice to Take Deposition* with the Clerk of the Court using the ECF system, which sent notification of such filing to registered users.

>D. Scott Gibson, Esq.
>Attorney At Law
>Post Office Box 1270
>Wiggins, MS  39577
>Telephone:  (601) 528-6028
>Facsimile:   (601) 528-6030
>Email:  scott@dscottgibsonlaw.com
>   *Attorney for Plaintiff*

**THIS** the 30th day of November, 2016.

>       /s/ L. Grant Bennett, Sr.       
>**L. GRANT BENNETT, SR.**